FILED/REC'D

2025 APR 15  A 10: 53

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WISCONSIN

**SARAH PEELER,**

Plaintiff,

v.

**LUKE CHASTAIN, in his individual capacity as a U.S. Marshal,**

**UNITED STATES OF AMERICA,**

Defendants.

Case No.:    25-cv-298-wmc

# COMPLAINT

### Jurisdiction and Venue

1. This is a civil action seeking damages for violations of Plaintiff's **Fourth and Fifth Amendment** rights under the **Bivens v. Six Unknown Named Agents of the Federal**

Bureau of Narcotics, 403 U.S. 388 (1971) precedent, and for damages under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680.

2. This Court has **subject-matter jurisdiction** pursuant to **28 U.S.C. § 1331** (federal question), **28 U.S.C. § 1343** (civil rights violations), and **28 U.S.C. § 1346(b)** (FTCA jurisdiction).

3. Venue is proper under **28 U.S.C. § 1391(b)** and **28 U.S.C. § 1402(b),** as the events giving rise to this lawsuit occurred in **Dane County, Wisconsin**.

## Parties

4. Plaintiff **SARAH PEELER** is a resident of Dane County, Wisconsin.

5. Defendant **LUKE CHASTAIN** is a U.S. Marshal acting in his individual capacity.

6. Defendant **UNITED STATES OF AMERICA** is liable under the **FTCA** for the wrongful acts of its employees.

## Factual Allegations

7. On June 16, 2022, Defendant **Luke Chastain** and other unidentified U.S. Marshal **forcibly entered Plaintiff's home** without a valid search warrant.

8. Defendant **covered Plaintiff's security camera**, obstructing video evidence.

9. Defendant provided **false statements** regarding the basis of the search, misleading Plaintiff on **three separate occasions**.

10. Plaintiff requested a copy of the **search warrant and incident report** more than **10 times,** but Defendant has failed to provide it, violating Plaintiff's **rights.**

11. Defendant **threatened Plaintiff**, stating that similar actions would be taken again, causing **severe emotional distress**.

12. Plaintiff later confirmed that her son **did not have a warrant** at the time of the raid, and the **purported justification for the search was based on false information.**

13. The **United States is liable** under the FTCA for the **property damage, emotional distress, and economic losses** caused by its employees acting within the scope of their duties.

**Claims for Relief**

**Count I – Violation of the Fourth Amendment (Bivens Claim Against Luke Chastain)**

14. Plaintiff incorporates all preceding paragraphs (7-13 lines above).

15. A. Defendant **entered Plaintiff's home without a warrant or search warrant**, violating her **Fourth Amendment** right to be free from **unreasonable searches and seizures**.

15. B. Defendant lacked emergency circumstances justifying a warrantless entry.

16. Defendant's actions **caused damage to Plaintiff's home** and **severe emotional distress**.

**Count II – Violation of the Fifth Amendment (Bivens Claim Against Luke Chastain)**

17. Plaintiff was denied access to the search warrant records or any reports after verbal requesting.

18. Defendant's **threats and conduct** violated **Plaintiff's right to equal protection** under the law.

**Count III – Federal Tort Claims Act (Against the United States of America)**

19. Plaintiff incorporates all preceding paragraphs (7-18 lines above).

20. Defendant **United States of America** is liable under the **FTCA**, 28 U.S.C. §§ 1346(b), 2671-2680, for the wrongful acts of its employee, Luke Chastain, acting within the scope of his employment.

21. Plaintiff suffered **property damage, emotional distress, and economic losses** due to the unlawful forced entry and threats.

22. Plaintiff **properly filed an administrative claim** under the FTCA, and the government **failed to offer full compensation for her losses**.

**Relief Requested**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

A. Compensatory damages in the amount of **$2,500,000** for economic loss, emotional distress, and property damage.

B. Punitive damages against **Luke Chastain** as permitted under law.

C. A declaratory judgment that Defendant's actions violated Plaintiff's constitutional rights.

D. Injunctive relief to prevent future unlawful actions.

E. Attorney's fees and costs under **42 U.S.C. § 1988**.

F. Any further relief deemed just and proper.

Dated: 3/4/2025

Respectfully submitted,

**SARAH PEELER**

1125 Lewellen St, Marshall, WI 53559

608-906-1785

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WISCONSIN**

**SARAH PEELER,**

Plaintiff,

v.

**LUKE CHASTAIN, in his individual capacity as a U.S. Marshal,**

**UNITED STATES OF AMERICA,**

Defendants.

Case No.: